UNITED STATES DISTRICT COURT

Northern District of California

BONG NGUYEN

              Plaintiff(s),    No. C 09-04166 MEJ

  v.

ASTRAZENECA LP

              Defendant(s).

**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS**

_____/

On September 29, 2009, Plaintiff electronically filed a Motion to Remand. (Dkt. #10.) However, Plaintiff has failed to comply with General Order 45 and the Court's Standing Orders by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" *See* General Order 45 § VI.G; *see also* Case Management Standing Order, Magistrate Judge Maria-Elena James, ¶ 6. Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy, **with exhibits and appropriate tab dividers if necessary**, of the above-referenced documents.

     **IT IS SO ORDERED.**

Dated: October 5, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge