IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA BAIN, et al., | No. C 09-4147 CW |
| Plaintiffs, | ORDER GRANTING MOTIONS TO FILE UNDER SEAL FOR IN CAMERA REVIEW |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| LISA SAUNDERS, et al., | No. C 09-4148 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| KIMBERLY KESSLER, et al., | No. C 09-4149 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |
| CYNTHIA ARNOLD, et al., | No. C 09-4157 CW |
| Plaintiffs, | |
| v. | |
| ASTRAZENECA, LP, et al., | |
| Defendants. | |

| | |
|---|---|
| ANGEL COLON, et al., | No. C 09-4158 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| MARK COFFEY, et al., | No. C 09-4161 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| SHARON DISTON, et al., | No. C 09-4165 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| DAMON BROWN, et al., | No. C 10-0288 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |
| DENNIS O'BRIEN, et al., | No. C 10-0289 CW |
|     Plaintiffs, | |
|   v. | |
| ASTRAZENECA, LP, et al., | |
|     Defendants. | |

```
 1  DONALD BATES, et al.,                      No. C 09-4150 CW
 2          Plaintiffs,
 3       v.
 4  ASTRAZENECA, LP, et al.,
 5          Defendants.
 6  _____/
 7  CAROLYN HARRISON, et al.,                  No. C 09-4151 CW
 8          Plaintiffs,
 9       v.
10  ASTRAZENECA, LP, et al.,
11          Defendants.
12  _____/
13  TODD BOGGIS, et al.,                       No. C 09-4159 CW
14          Plaintiffs,
15       v.
16  ASTRAZENECA, LP, et al.,
17          Defendants.
18  _____/
19  ANTONIO BURTON, et al.,                    No. C 09-4162 CW
20          Plaintiffs,
21       v.
22  ASTRAZENECA, LP, et al.,
23          Defendants.
24  _____/
```

**United States District Court**
For the Northern District of California

3

| | | |
|---|---|---|
| 1 | GLORIA MILLER, et al., | No. C 09-4163 CW |
| 2 |     Plaintiffs, | |
| 3 |   v. | |
| 4 | ASTRAZENECA, LP, et al., | |
| 5 |     Defendants. | |
| 6 | _____/ | |
| 7 | BONG NGYUEN, et al., | No. C 09-4166 CW |
| 8 |     Plaintiffs, | |
| 9 |   v. | |
| 10 | ASTRAZENECA, LP, et al., | |
| 11 |     Defendants. | |
| 12 | _____/ | |

    Plaintiffs move to file certain documents under seal for in camera review. Plaintiffs assert that these documents contain communications and information protected from public disclosure or to disclosure to other parties by attorney-client privilege.

    Having reviewed the documents that Plaintiffs seek to seal, and finding good cause shown, the Court GRANTS Plaintiffs' motions (Docket No. 63 in 09-4148, 68 in 09-4149, 59 in 09-4150, 55 in 09-4151, 61 and 63 in 09-4159, 66 in 09-4161, 66 in 09-4162, 58 in 09-4163, 66 in 09-4166 and 57 and 58 in 10-289).

The Clerk shall file the documents under seal for in camera review by the Court.  Within three days of the date of this Order, Plaintiffs' counsel shall lodge with the Clerk an unredacted copy of each document subject to this Order.

IT IS SO ORDERED.

Dated: 12/10/2012

CLAUDIA WILKEN
United States District Judge